SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
PAUL BERKOWITZ, Cal. Bar No. 251077
pberkowitz@sheppard.com
MICHAEL T. CAMPBELL, Cal. Bar No. 293376
mcampbell@sheppard.com
RAYMOND J. NHAN, Cal. Bar No. 306696
rnhan@sheppard.com
CATHERINE R. NOBLE, Cal. Bar No. 334155
cnoble@sheppard.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone: 310.228.3700
Facsimile: 310.228.3701

Attorneys for Defendant
WELLS FARGO BANK, N.A.

McGUINN, HILLSMAN & PALEFSKY
CLIFF PALEFSKY, Cal. Bar No. 77683
cp@mhpsf.com
KEITH EHRMAN, Cal. Bar No. 106985
keith@mhpsf.com
220 Jackson Street, Suite 350
San Francisco, California 94111
Telephone: 415.421.9292
Facsimile: 415.403.0202

Attorneys for Plaintiff
KEVIN BARRI

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVIN BARRI,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A. a corporation, and DOES 1 through 10,<br><br>Defendants. | Case No. 3:25-CV-03426-JD<br><br>Assigned to: Hon. James Donato<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>**Trial:** October 5, 2026 |

**TO THE HONORABLE COURT:**

**PLEASE TAKE NOTICE** that, Defendant Wells Fargo Bank, N.A. and Plaintiff Kevin Barri have reached a confidential settlement of the above-captioned matter in its entirety. The Parties anticipate that the settlement agreement will be executed in the next 14 days and that the case will be dismissed with prejudice shortly thereafter. Accordingly, the Parties request that no further action regarding this matter be taken by the Court prior to and other than formal dismissal of the case.

Dated: September 9, 2026 SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By /s/ Paul Berkowitz

PAUL BERKOWITZ
MICHAEL T. CAMPBELL
Attorneys for Defendant
WELLS FARGO BANK, N.A.

Dated: September 9, 2026 McGUINN, HILLSMAN & PALEFSKY

By /c/ Cliff Palesky

CLIFF PALEFSKY
KEITH EHRMAN
Attorneys for Plaintiff
KEVIN BARRI